FILED
4-7-08
APR 07 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

AUSA Samuel B. Cole (312) 353-4258

# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Susan E. Cox |
| JASON R. BIELSKI | ) | No. 08CR 280 |

The undersigned Affiant personally appeared before SUSAN E. COX, a United States Magistrate Judge, and being duly sworn on oath, states: That at WESTERN DISTRICT OF WASHINGTON, one JASON R. BIELSKI was charged in an information with one count of violation of Sections 7 and 13 of the United States Code, Title 18, for the offense of DUI in violation of R.C.W. 46.61.502, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Belkis Cantor
Deputy United States Marshall
U.S. Marshall Service

Subscribed and Sworn to before me this
   7th day of April, 2008.

_____
SUSAN E. COX
United States Magistrate Judge

**RECEIVED**

APR - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1

07-CR-05622-INFO

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON R. BIELSKI,<br><br>    Defendant. | Case No. CR07-5622 KLS<br><br>INFORMATION<br><br>(Misdemeanor) |

The United States Attorney charges that:

On or about June 24, 2007, at Fort Lewis, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, JASON R. BIELSKI did operate a motor vehicle while under the influence of intoxicating liquor or drugs.

All in violation of Title 18, United States Code, Sections 7 and 13, and R.C.W. 46.61.502.

DATED this 14th day of September, 2007.

JEFFREY C. SULLIVAN
United States Attorney

FRED W. INMAN
Special Assistant United States Attorney

INFORMATION
United States v. JASON R. BIELSKI - Page 1

Special Assistant United States Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711

≈AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.
BIELSKI, JASON R

**WARRANT FOR ARREST**

Case Number: CR07-5622

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **BIELSKI, JASON R**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☑ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)
DUI

in violation of Title  18  United States Code, Section(s)  7 AND 13

Rachel Evans
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*Signature of Issuing Officer*

12/05/2007 Tacoma, Washington
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |