## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 820 - 1 | **DATE** | 4/7/2008 |
| **CASE TITLE** | *280*    USA vs. Jason R. Bielski | | |

**DOCKET ENTRY TEXT**

Removal proceedings held.  Defendant appears in response to arrest 4/6/08. Enter order appointing Helen J. Kim of the Federal Defender Program as counsel for Defendant.  Defendant waives identity hearing.  Order Defendant removed to Western District of Washington at Tacoma.  Bond hearing held.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|