



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

April 9, 2008

3100 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402-3234

RE: U.S.A.  vs. Jason R. Bielski
Case No: 08cr280-1



Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

| | |
|---|---|
| (x) Docket Sheet | ( )Temporary Commitment |
| (x) Affidavit in Removal Proceedings | ( ) Final Commitment |
| (x) Financial Affidavit | (x) Order of Removal |
| (x) Order appointing counsel | (x) Order setting conditions of release |
| ( ) CJA 20 Form | ( ) Detention Order |
| (x) Appearance form | (x) Appearance Bond |
| ( ) Other | ( ) Pretrial Release Order |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk