



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

April 9, 2008

3100 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402-3234

RE: U.S.A. vs. Jason R. Bielski
Case No: 08cr280-1

08cr280   **COPY**

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(x) Docket Sheet

( ) Temporary Commitment

(x) Affidavit in Removal Proceedings

( ) Final Commitment

(x) Financial Affidavit

(x) Order of Removal

(x) Order appointing counsel

(x) Order setting conditions of release

( ) CJA 20 Form

( ) Detention Order

(x) Appearance form

(x) Appearance Bond

( ) Other

( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

**F I L E D**

APR 2 2 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By: 

Ellenore Duff, Deputy Clerk